1  Dal Bon & Wang
   JAMES DAL BON
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Telephone: (408) 421-3403
   Facsimile: (408) 292-1045
4
   Attorneys for Plaintiff
5  Luis Franco Grajales

6  Bingham McCutchen LLP
   RANDY MICHELSON (SBN 114095)
7  SEJAL A. MISTRY (SBN 209616)
   Three Embarcadero Center
8  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
9  Facsimile: (415) 393-2286
   Email: sejal.mistry@bingham.com
10
   Attorneys for Defendant
11 Tavistock Restaurants, LLC

12
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
13
                          COUNTY OF SANTA CLARA
14

15
   LUIS FRANCO GRAJALES,                  No. C06-05249 JW
16
         Plaintiff,                       **STIPULATION OF DISMISSAL**
17
         v.
18
   BEST MAINTENANCE SERVICE, INC., PAUL
19 I. CHUNG, TAVISTOCK RESATURANTS
   LLC DBA CALIFORNIA CAFE BAR & GRILL
20 & DOES 1-20,

21       Defendants.

22

*GRANTED* — Judge James Ware (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

28
SF/21688858.1/3000907-0000321645

STIPULATION OF DISMISSAL

```
 1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate:
 2       It is agreed that the entire action be dismissed without prejudice. Each party shall
 3   bear his and its own costs and attorneys' fees, and no further award of costs or attorneys' fees
 4   shall be made by this Court.
     DATED: October ___11___, 2006
 5
 6                                           Dal Bon & Wang
 7
 8
                                             By:_____
 9                                                  James Dal Bon
                                                    Attorneys for Plaintiff
10                                                  Luis Franco Grajales
11   DATED: October ___11___, 2006
12
13                                           Bingham McCutchen LLP
14
15
                                             By:_____
16                                                  Sejal A. Mistry
                                                    Attorneys for Defendant
17                                                  Tavistock Restaurants, LLC
18
19
20
21
22
23
24
25
26
27
28
     SF/21688858.1/3000907-0000321645          2
                                     STIPULATION OF DISMISSAL
```